Kevin Michael Cronin:

I was born on 10 October 1970 in Pierre, South Dakota. I grew up in the town of Fort Pierre, South Dakota, where I attended the Stanley County school system from K-12. I grew up in Fort Pierre during the 1970's and 1980's, spending all of my free time outdoors. I loved going fishing and hunting with my childhood friends. And during the winter seasons I was always outdoors either sledding, riding ATV's or ice skating on the ice rink that my grandfather built every winter.

I had the typical Midwestern childhood upbringing during the 70's and 80's. I had a very large extended family around me growing up. My parents each had ten brothers and sisters, so there was never a shortage of family members to guide me during my time in Fort Pierre.

I participated in sports throughout my time in the Stanley County School system. As a first grader I began participating in the youth wrestling program. I was in the AAU youth wrestling program from 1st grade through 10th grade, accumulating numerous awards. I graduated from high school in 1988. I was inducted into the Hall of Fame along with my younger brother. The following excerpt is from my induction into the Stanley County High School Hall of Fame:

"Kevin Cronin ('88) was a two-sport athlete who excelled on the football field and on the wrestling mat. While he is remembered for helping the Buffalos win the 1986 football title, it was on the wrestling mat Kevin made his name known. Kevin's style and memorable matches made him a statewide fan favorite in the 1980s. Kevin played defensive back for several legendary Dave Tate football teams. A four-year player, the Buffalos rattled off a 34-6 record during Kevin's time on the gridiron. During his sophomore year, they finished the regular season 7-3 before playoff elimination by McLaughlin. Kevin's junior year, 1986, is the football year that the Buffalo faithful will remember forever. Kevin helped Stanley County to an undefeated season and the 1986 9A state football championship. The Buffalos outscored their opponents

379-61 and defeated Lyman, Faith, Herreid-Pollock, and Tripp-Delmont for the state title. During his Senior year, Kevin helped the Buffalos finish 7-1 before Burke upset them in the playoffs. It was on the wrestling mat, however, where Kevin became a Stanley County program pillar. A twelve-year wrestler and 1986 state AAU champion, Kevin first qualified for the state wrestling tournament as a freshman. He returned as a junior and earned a fifth-place finish. As a senior, Kevin wrestled his way to the state championship match and brought home second-place honors. His senior year was a dominant one. Besides reaching the state title match, he recorded the most team pins and was named Stanley County's Most Valuable Wrestler. Winning numerous tournaments throughout his career, Kevin finished high school with a record of 158-63-1. Kevin's years as a standout wrestler parallel several great years for Stanley County wrestling. During his junior year, Kevin's fifth-place honors helped propel the Buffalos to a third-place team finish, at the time their highest ever. During his senior year, Kevin's runner-up points helped propel the Buffalos into seventh place. Kevin's generation of wrestlers was the first that Coach Glenn Dozark molded from elementary students to feared competitors. Kevin wrestled at Northern State University before enlisting in the Marines in 1989. As a Marine, Kevin won the 1991 Island Wide Wrestling Championship in Okinawa, Japan, and while in the Army, placed third at the 1995 European Military Wrestling Championships in Germany. A decorated combat veteran, Kevin retired in 2016 after 26 years of military service. He lives in Puyallup, Washington. "

Military Service:

   I enlisted into the United States Marine Corps on 27 December 1989. During my time in boot camp I excelled, and I received a meritorious promotion upon graduation. I received advanced training and was then stationed at Okinawa, Japan. Once I arrived in Japan, Iraq invaded Kuwait and I spent my time preparing for Desert Shield/ Desert Storm. In 1991, I was stationed at Camp Pendleton, CA. At Camp Pendleton, I

met and married my wife. Isela, on 5 April 1992 and we welcomed our first child, Kevin Michael, on 14 Dec 1992. While at Camp Pendleton. I participated in numerous field training exercises at Camp Pendleton. On 26 December 1993, I was honorably discharged, achieving the rank of Corporal.

I enlisted the United States Army on 31 March 1994. I completed my advanced training on the Multiple Launch Rocket System (MLRS). In June 1994.  I was then stationed in Germany. I participated in many field training exercises and I received many awards and was promoted to Sergeant. While in Germany, we lost our second child, at 21 weeks, as a result of pregnancy complications.  We also welcomed our third child, a healthy boy, Dylan on 25 May, 1997.

In June 1997, I was stationed at Fort Bragg, North Carolina. At Fort Bragg, I participated in many field training exercises,  attended the Basic Non Commissioned Officers Course in Fort Sill, Oklahoma, and was chosen to become a section chief.

In June 1999 ,I was stationed in South Korea, while my family stayed behind in North Carolina. In South Korea, I participated in many field training exercises, as a section chief.

In June 2000, I was stationed in Fort Sill, Oklahoma. At Fort Sill, I participated in many field training exercises. In 2002 I was honored to be chosen to attend the Equal Opportunity Representatives Course. I spent the next seven years representing my unit as the Equal Opportunity Representative (EOR). I participated in numerous heritage month observances sponsored by my unit and Fort Sill. I prepared and conducted numerous trainings for the soldiers in my unit. On Nov 21 2002,  Isela and I welcomed our beautiful daughter Isabella. In Feb. 2003 my unit deployed to Kuwait in support of Operation Enduring Freedom/ Operation Iraqi Freedom. On 18 March, 2003, my unit was the first ground force unit to fire the MLRS artillery systems deep into Iraq, taking out multiple high value targets. As a MLRS launcher section chief,

my crew and I shot multiple ATCM missiles and rockets. One particular fire mission we received was to take out an Iraqi convoy closing in on our unit's position. The mission was a success, we destroyed over 50 vehicles. I deployed to Iraq again in 2007. We focused on taking out terrorists with artillery fires throughout the area of operation.

In June of 2009, I was stationed in Fort Knox, Kentucky. When we arrived in Fort Knox, we received a terrible blow. Isela was 5 months pregnant and she started to have complications, losing our son Kenneth at 22 weeks.

At Fort Knox, I helped train thousands of Soldiers, Airmen, and Navy personnel before ready to deploy to Afghanistan. I was selected to attend the Sexual Assault Response Program Training and was chosen as a unit representative. During this time on 20 Sept.2011, we welcomed our beautiful son, Blake.

While at Fort Knox, I was chosen to become the Brigade's Equal Opportunity Advisor. I attended the 12 week Equal Opportunity Advisors Course at the Defense Equal Opportunity Management Institute, at Patrick Air Force Base in Florida.

While at DEOMI, I participated in numerous activities, including volunteering for Habitat for Humanity. My small group at DEOMI received numerous awards including; Volunteer award, Honor Group, Honor Class awards. Upon graduation from DEOMI, I became a certified Equal Opportunity Advisor-Diversity Management Practitioner. I was certified to mediate EO and EEO disputes within the Department of Defense. I prepared and taught numerous Equal Opportunity trainings to my unit.

In 2012 I was stationed in South Korea, while my family stayed in Fort Knox. I participated in many field training exercises in Korea. I was selected as the unit Equal Opportunity and Sexual Assault Prevention

Representative. I prepared and conducted numerous Equal Opportunity trainings to my unit.

In 2013 I was stationed at Fort Lewis, WA. From Fort Lewis, I deployed to the United Arab Emirates (UAE). While deployed, I participated in many field training exercises and I also prepared and conducted Equal Opportunity trainings for my unit. Upon returning from the UAE, I retired from the greatest Military in the world. On Jan. 1, 2016, I received an Honorable discharge, following 26 years of service to our country.

As a result of my training and teaching my Soldiers, I was confident and more importantly, my Soldiers were confident that they would go into battle and come back home to their families.

Upon retirement, I joined the United States Postal Service. I served as the Union Steward for all Part Time Regular employees in Seattle, WA for 2 years.

I have told you who I am so you can place the one day, January 6, 2021, in the context of a lifetime of good works. I have been a loyal and respectful member our nation for my entire life. I have been a proud husband and father since 1992. I served in the Armed Forces for twenty six years. In 2021, I came to Washington with my sons to hear the final speech of Donald Trump as a sitting President. It turned out to be a grave mistake that has had enormous after effects to me, my family and our country.

Kevin M. Cronin